# UNITED STATES DISTRICT COURT
## District of Minnesota

Elviz Horlani Lopez Lopez,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Warden, Executive Office for Immigration Review,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-877 JRT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order [8] has been satisfied.

Date: 2/14/2026

KATE M. FOGARTY, CLERK